JAMES M. SCOFIELD, Respondent, *v.* MARY E. POWERS, Appellant.

*Scofield* v. *Powers*, 156 App. Div. 946, affirmed.
(Argued May 13, 1915; decided June 1, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 4, 1913, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to compel specific performance of a contract to exchange real estate. The defense was, in substance, that the contract lacked mutuality because of a clause in relation to the plaintiff only having an executory contract of sale of the One Hundred and Fourteenth street premises; that Edward J. Welling, a broker, was the real party in interest in the action, for whom the plaintiff was alleged to be a mere figurehead, acting in Welling's interest; and that, therefore, specific performance should not be decreed as against defendant; that certain notices of violations of municipal ordinances constituted a defect in the title, and that the extension agreement in relation to a mortgage was insufficient to extend it legally.

*Milton S. Hoffman* for appellant.

*George H. Taylor, Jr.,* and *George W. Simpson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, MILLER and SEABURY, JJ.